OLIVE M. NYE, as Administratrix, etc., of ELIZABETH E. DUNN, Deceased, Respondent, v. CLARENCE W. DEAN, Appellant.— Judgment affirmed, with costs. All concur.

In the Matter of the Judicial Construction of the Last Will and Testament of REBECCA C. WOOD, Deceased. CASSIUS M. CASE, as Administrator, etc., of HELEN C. CASE, Deceased, Appellant; IRENE R. LEVERN CROPPER and Others, Respondents.— Decree affirmed, with costs. All concur.

ADOLPH W. BAUM, Respondent, v. HARRY GOTTLEIB, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Judicial Settlement of the Account of LEWIS B. YALE, as Executor, etc., of MELVIN S. WHALLON, Deceased, Respondent. FIRST METHODIST EPISCOPAL CHURCH OF CHAUTAUQUA, NEW YORK, Appellant.— Decree affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER F. THORPE, Appellant.— Motion for reargument denied.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JONATHAN B. MENNIG, as Administrator, etc., Plaintiff, v. LOUIS G. SCHOEPFLIN, as Executor, etc., Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

FANNIE B. MELENKY, Appellant, v. ASHER P. MELEN and Others, Respondents.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

CATHERINE M. WOOLLEY and Others, as Executors, etc., Appellants, v. CARRIE ELEANOR HUTCHINS and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of Proving the Last Will and Testament of HELEN ALVORD, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

FRANCES A. DRILLING, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

REPUBLIC PACKING CORPORATION, Respondent, v. JOHN BARTON PAYNE, Director-General of Railroads, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

MARY BECKER and GEORGE A. BECKER, Respondents, v. CURTISS AEROPLANE AND MOTOR CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

BRICKLAYERS,' PLASTERERS' AND STONEMASONS' UNION and Others, Respondents, v. WILLIAM J. BOWEN and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

C. P. HUGO SCHOELLKOPF, Respondent, v. MOERLBACH BREWING COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.